IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| INFORMATION TECHNOLOGY, INC., and FISERV SOLUTIONS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | 4:09CV3105 |
| V. | ) ) | |
| RURBANC DATA SERVICES, INC., | ) ) ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the plaintiffs' unopposed oral motion to continue the deadline for filing the Rule 26(f) Report of Parties' Planning Conference is granted, and the parties' Rule 26(f) Report shall be filed on or before August 6, 2009.

DATED this 21st day of July, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge